In re:                                                                 Case No. 22-50130-amk

Linda A. Robles                                                        Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5 | User: bhemi | Page 1 of 2
Date Rcvd: May 18, 2022 | Form ID: 177a | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda A. Robles, 956 Lovers Ln, Akron, OH 44306-2041 |
| 27156172 | #+ | Accelerated Inventory Management, 5725 Hwy 290 West, Ste 103, Austin, TX 78735-8722 |
| 27156174 | + | Akron Radiology, 525 E. Market Street, Akron, OH 44304-1619 |
| 27156175 | + | Akron Radiology Inc, 401 Tuscarawas St W Ste 101, Canton, OH 44702-2043 |
| 27156176 | | AlteoN Health, PO Box 8828, Akron, OH 44306 |
| 27156186 | | Fidelity National Collections, PO Box 94587, Cleveland, OH 44101-4587 |
| 27156187 | | FirstCredit Inc, PO Box 630838, Cincinnati, OH 45263-0838 |
| 27156189 | | LabCare Plus, PO Box 771933, Detroit, MI 48277-1933 |
| 27156192 | #+ | Lyons Doughty & Veldhuis PC, 471 E Broad St 12th floor, Columbus, OH 43215-3806 |
| 27156195 | | NEB Doctors of Northeast Ohio, PO Box 922189, Norcross, GA 30010-2189 |
| 27156196 | + | Neil C Sander, 100 South Fourth St Ste 100, Columbus, OH 43215-4665 |
| 27156198 | + | PHH Mortgage Services, P.O. Box 66002, Lawrence Township, NJ 08648-6002 |
| 27156199 | + | Summa Health, PO Box 771880, Detroit, MI 48277-1880 |
| 27156200 | | Summa Physicians Inc, PO Box 630092, Cincinnati, OH 45263-0092 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 18 2022 20:42:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | EDI: AISACG.COM | May 19 2022 00:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 27156177 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 18 2022 20:52:20 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 27156182 | | Email/Text: gtercero@crossriver.com | May 18 2022 20:42:00 | Cross River Bank, 2115 Linwood Ave., Fort Lee, NJ 07024 |
| 27156178 | + | EDI: CAPONEAUTO.COM | May 19 2022 00:43:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 27156179 | + | EDI: CAPITALONE.COM | May 19 2022 00:43:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 27156181 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 20:52:26 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 27156183 | | EDI: DISCOVER.COM | May 19 2022 00:43:00 | Discover Bank, P.O. Box 3006, New Albany, OH 43054 |
| 27156184 | | EDI: DISCOVER.COM | May 19 2022 00:43:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 27156185 | | Email/Text: eblymiller@fidelitycollections.com | May 18 2022 20:42:00 | Fidelity Collections, 885 S Sawburg Ave #103, |

| | | | |
|---|---|---|---|
| | | | Alliance, OH 44601 |
| 27156188 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | | May 18 2022 20:42:00   Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 27156191 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | May 18 2022 20:52:27   LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 27156190 | + | EDI: LENDNGCLUB | |
| | | | May 19 2022 00:43:00   Lending Club Corp, 595 Market St #200, San Francisco, CA 94105-2802 |
| 27156194 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | | May 18 2022 20:52:19   Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 27156903 | + | EDI: RECOVERYCORP.COM | |
| | | | May 19 2022 00:43:00   PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27156202 | | EDI: RMSC.COM | |
| | | | May 19 2022 00:43:00   SyncB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 27156203 | + | EDI: WFFC.COM | |
| | | | May 19 2022 00:43:00   Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27156173 | *+ | Accelerated Inventory Management, 5725 Hwy 290 West, Ste 103, Austin, TX 78735-8722 |
| 27156180 | *+ | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 27156193 | *+ | Lyons Doughty & Veldhuis PC, 471 E Broad St 12th floor, Columbus, OH 43215-3806 |
| 27156197 | *+ | Neil C Sander, 100 South Fourth St Ste 100, Columbus, OH 43215-4665 |
| 27156201 | * | Summa Physicians Inc, PO Box 630092, Cincinnati, OH 45263-0092 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold A. Corzin | hcorzin@corzinlaw.com   ccorzin@aol.com;oh32@ecfcbis.com |
| Rebecca J. Sremack | on behalf of Debtor Linda A. Robles rebecca@sremacklaw.com |

TOTAL: 2

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 22−50130−amk**

**In re: (Name of Debtor)**
Linda A. Robles
**Aka −**Linda A. Thomas
956 Lovers Ln
Akron, OH 44306

**Social Security No.:**
xxx−xx−9862

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

Last date to file claims: **August 26, 2022**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 18, 2022

Form ohnb177

For the Court
Josiah C. Sell, Clerk